

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHICO BELL, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 9:06-0326-HFF-GCK |
| § | |
| LANELLE DURANT, Public Defender's § | |
| Office, § | |
| Defendant. § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE AND DISMISSING THE ACTION *WITHOUT PREJUDICE* AND WITHOUT ISSUANCE AND SERVICE OF PROCESS

Plaintiff, who is proceeding *pro se*, filed this case as a Section 1983 action. The matter is before the Court for review of the Report and Recommendation (Report) from the Magistrate Judge suggesting that the Court dismiss the matter *without prejudice* and without issuance and service of process. The Report is made in accordance with 28 U.S.C. § 636 and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Matthews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on February 15, 2006. Plaintiff's failed to file any objections. In the absence of objections, the Court is not required to give any explanation for adopting the Report. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standards set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court that this action must be **DISMISSED** *without prejudice* and without issuance and service of process.

Signed this 9th day of March, 2006, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****

## NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified of the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.